AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JAMES J. WALSH and
CLARA E. WALSH,

Plaintiffs.

v.

STATE FARM FIRE AND
CASUALTY COMPANY,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:26-cv-099

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 16, 2026, Plaintiffs' motion to remand is granted. Accordingly, this case is remanded to the State Court of Camden County, Georgia, and stands closed.

Approved by: ______________________
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 26, 2026
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk